AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

FuZion Vapor, LLC )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
) 3:16 cv 942-J-34 PDB
Fumizer, LLC d/b/a Fumi Vapor )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Fumizer, LLC d/b/a Fumi Vapor
Eduard Kirakosyan, Registered Agent
7308 Laurel Canyon Boulevard
North Hollywood, CA 91605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James R. McCachren, Esq.
Smith, Gambrell & Russell, LLP
50 North Laura Street
Suite 2600
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/22/2016

_Signature of Clerk or Deputy Clerk_

